AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> MUHAMMAD M. ABDULLAH <br> Defendant(s) | Case No. 3:25-MJ- 411 (TWD) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 7, 2025 in the county of Broome in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession with Intent to Distribute of 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, Its Salts, Isomers and Salts of Isomers, a Schedule II controlled substance |

This criminal complaint is based on these facts:
**See Attached Affidavit**

☒ Continued on the attached sheet.

*AlanRoberts*
*Complainant's signature*
**Alan Roberts, Special Agent, DEA**
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Dec 9, 2025

*Judge's signature*

City and State: Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF SPECIAL AGENT ALAN ROBERTS IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Alan Roberts, being duly sworn, depose and state the following:

## Purpose

1. This Affidavit is made in support of a criminal complaint and arrest warrant for:

    a. **Muhammad M. Abdullah**

    For the following federal law violation:

    **Count 1:** 21 U.S.C. § 841(a)(1) and (b)(1)(A) – Possession with Intent to Distribute of 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, Its Salts, Isomers and Salts of Isomers, a Schedule II controlled substance, on December 7, 2025 in the Northern District of New York.

## Affiant's Background and Experience

2. I am a Special Agent employed by the United States Department of Justice, Drug Enforcement Administration ("DEA") since December 2023. I am currently assigned to the Syracuse Resident Office in a DEA Task Force Group, consisting of law enforcement personnel from other federal, state, and local agencies. I have been partnered and worked with seasoned agents and task force officers since graduation from the DEA Basic Academy.

3. During my employment with the DEA, I have participated in numerous successful investigations into illicit drug distribution networks and have interviewed defendants and informants, as well as others engaged in the distribution and/or use of controlled substances. I have arrested or assisted in the arrest of individuals for violations of Title 21 of the United States Code. I participated in the execution of search warrants during which controlled substances, narcotics proceeds, and drug paraphernalia have been seized. I have also participated in the execution of many eavesdropping warrants, the subject of which was the possession and sale of controlled substances. I have interviewed and worked with confidential and reliable informants, whose reliability and veracity has been verified through prior law enforcement investigations, and whose assistance has resulted in the controlled purchases of controlled substances, and the introduction of undercover police officers to individuals who engage in the sale of

1

controlled substances. I have attended several schools and seminars, including those given by the DEA, which concern the enforcement of the laws prohibiting trafficking in controlled substances. As a result of my training and experience, I am familiar with the language, conduct and customs of individuals engaged in conspiracies to violate the controlled substance laws of the United States.

4. Based on my training and experience as a DEA Special Agent, I am familiar with the federal laws pertaining to controlled substances. I know that it is unlawful under Title 21 of the United States Code, Sections 841(a)(1) and 846, to possess with intent to distribute controlled substances, and to conspire to do the same. I know that methamphetamine and fentanyl are listed as Schedule II controlled substance under the Controlled Substances Act.

5. The information contained in this Affidavit is based on my review of the reports and files in this case, conversations with other law enforcement personnel involved in this case, and my own personal knowledge. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included every fact known to me about this investigation. Rather, I have set forth only those facts I believe are necessary to support probable cause for a criminal complaint and arrest warrant.

**Statement of Probable Cause**

6. In mid-2025, law enforcement received information from a source of information (hereinafter "SOI") about Muhammad M. ABDULLAH, and his involvement in drug trafficking within the Northern District of New York. The SOI provided information on how ABDULLAH runs his drug distribution network including that ABDULLAH would transport controlled substances, mainly methamphetamine, but also heroin and fentanyl, from Pennsylvania (PA) to Binghamton, New York via vehicle. The SOI also told law enforcement that ABDULLAH was driving a vehicle with PA license plates.

7. Based on the SOI's information, law enforcement began conducting surveillance of ABDULLAH,

installed a covert video surveillance camera with a view of ABDULLAH's residence in Binghamton, NY and confirmed that ABDULLAH regularly drives a 2018 Buick Lacrosse, silver in color, with a PA license plate (hereinafter "the Buick") registered to an individual with the initials M.R. at an address in Philadelphia, Pennsylvania. Since September 2025, law enforcement only saw ABDULLAH drive the Buick and no one else. Law enforcement subsequently obtained a federal search warrant[1] authorizing the installation of a tracking device on the Buick which allowed law enforcement to monitor ABDULLAH's travel patterns in the Buick based on GPS data gathered by the tracking device which was installed on November 12, 2025.

8. On December 7, 2025, the tracking device showed that the Buick left ABDULLAH's residence after 3:00 pm and travelled into PA. The tracking device showed that at approximately 4:57 p.m., the Buick stopped at the Hickory Run Service Plaza in Jim Thorpe, PA where the Buick stayed for only about eight minutes before travelling northbound back towards NY following the same general route the Buick had just traveled to Jim Thorpe. Based on the information provided by the SOI and such a quick turnaround in PA, law enforcement believed that ABDULLAH travelled in the Buick to PA to obtain controlled substances. Therefore, law enforcement established surveillance on Interstate 81 and located the Buick travelling northbound as it was approaching the state border line of NY and PA. Law enforcement observed the Buick traveling at approximately 78 mph in a 65-mph zone northbound on Interstate 81 and initiated a traffic stop for a speeding violation within the vicinity of Kirkwood, New York.

9. The driver of the Buick was identified as ABDULLAH who was the sole occupant of the vehicle. ABDULLAH had a suspended license; therefore, it was unlawful for him to operate the Buick. Prior to towing the vehicle, New York State Police searched the vehicle. During the search, in the trunk of the Buick, law enforcement located a duffle bag which contained two clear plastic vacuum sealed

---

[1] On November 5, 2025, United States Magistrate Judge Therese Wiley Dancks authorized this federal search warrant (3:25-SW-277 TWD) (N.D. New York) (under seal).

3

packages each containing crystalline substance which presumptively field tested positive for crystal methamphetamine (a Schedule II controlled substance) with a gross weight of approximately 10 pounds. Also, in the same duffle bag, law enforcement found a clear plastic bag which contained a white powdery substance which presumptively field tested positive for fentanyl (a Schedule II controlled substance) with an approximate gross weight of three ounces. ABDULLAH was arrested on New York State drug charges and has remained in custody in the Broome County Jail.

### Conclusion

10. This Affidavit is made in support of a criminal complaint and arrest warrant charging Muhammad M. ABDULLAH with one count of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)– Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine Its Salts, Isomers and Salts of Isomers, a Schedule II controlled substance.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF FED. R. CRIM. P. 4.1

*AlanRoberts*

Alan Roberts
Special Agent
U.S. Drug Enforcement Administration

    I, the Honorable Therese Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on December 9, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Honorable Therese Wiley Dancks
United States Magistrate Judge